IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERAJUL HAQUE,<br><br>    Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION ET AL.,<br><br>    Defendants.               / | No. C 12-80266 CRB<br><br>**ORDER DENYING FILING OF PAPERS** |

Plaintiff Serajul Haque is subject to pre-filing review of papers he seeks to file because he has been declared a vexatious litigant. See Order Dismissing Complaints and Declaring Petitioner Vexatious Litigant ("Vex. Order"), In re cases filed by Serajul Haque, No. C-04-mc-231-MHP (N.D. Cal. Jan. 24, 2005). Under the vexatious litigant order, Mr. Haque is barred from filing any papers regarding employment or employment-related matters unless permitted by the Court. Id. at 2 The instant matter relates to employment and thus is subject to that prefiling review.

Haque's papers include two documents styled as "Complaints": one concerns alleged employment discrimination by Fry's Electronics, where Haque apparently worked between 1998 and 1999 according to a resume attached to the complaint, see Compl. Ex. 10; the other is against the Social Security Commissioner and concerns alleged errors in "work credits" reflected in his social security statement. Compl. 1 & Ex. 1.

1   Haque has already filed multiple employment discrimination suits against Fry's. E.g.,
2   Haque v. Fry's Elecs., Inc., No. 05-mc-80069-MHP (N.D. Cal. closed Feb. 15, 2006); Haque
3   v. Fry's Elecs., Inc., No. 05-1935-MHP (N.D. Cal. closed Feb. 15, 2006); Haque v. Fry's
4   Elecs., Inc., No. 04-2116-RMW (N.D. Cal. closed Jan. 25, 2005); Haque v. Fry's Elecs., Inc.,
5   No. 02-5147-RMW (N.D. Cal. closed Jan. 22, 2003). The Order declaring Haque a
6   vexatious litigant dismissed Haque's suit against Fry's on the merits. Vex. Order at 1.

7   The claims in this matter are thus barred by *res judicata*; to the extent they concern
8   conduct postdating his previous lawsuits–unlikely given the dates of his alleged
9   employment–this Court finds that the current complaint is so conclusory and
10  incomprehensible that it too fails to state a claim; the only allegations regarding the nature of
11  Haque's claims are:

> ALL STATUTORY DISCRIMINATIONS-CONTRACT VIOLATIONS-BLACKLISTING IN JOB MARKET-NEGATIVE REF TO PROSPECTIVE EMPLOYERS-NOT USED/PLACED PLAINTIFF IN ACCOUNTS-FINANCE RELATED JOBS (qualifying services for CPA license) res judicata defendable

15  Compl. Ex. 1 at 2 (all formatting from original). Those allegations are too vague to support a
16  plausible claim for relief, especially given the doubts about whether they have already been
17  resolved in one of the other of the many[1] other suits Haque has filed.

18  As for his complaints regarding social security, Haque's second "Complaint" is in a
19  template for individuals seeking review of a decision by the Social Security Commissioner,
20  yet Haque describes no action by the Social Security Administration that would be subject to
21  //
22  //
23  //
24  //
25  //

---

[1] A search of Mr. Haque's name in the Court's electronic filing system revealed that he has filed 51 actions in the last ten years in this district alone.

2

judicial review. His papers would thus fail to state a claim against the Social Security Commissioner.

Accordingly, the Court DENIES Mr. Haque's filing.

**IT IS SO ORDERED.**

Dated: December 13, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE