IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERAJUL HAQUE,<br><br>        Plaintiff,<br><br>   v.<br><br>SOCIAL SECURITY ADMINISTRATION ET AL.,<br><br>        Defendants.               / | No. C 12-80266 CRB<br><br>**ORDER DENYING FILING OF PAPERS** |

    Plaintiff Serajul Haque is subject to pre-filing review of papers he seeks to file because he has been declared a vexatious litigant. See Order Dismissing Complaints and Declaring Petitioner Vexatious Litigant ("Vex. Order"), In re cases filed by Serajul Haque, No. C-04-mc-231-MHP (N.D. Cal. Jan. 24, 2005). Under the vexatious litigant order, Mr. Haque is barred from filing any papers regarding employment or employment-related matters unless permitted by the Court. Id. at 2  The instant matter relates to employment and thus is subject to that prefiling review.

    Haque's papers include two documents styled as "Complaints": one concerns alleged employment discrimination by Fry's Electronics, where Haque apparently worked between 1998 and 1999 according to a resume attached to the complaint, see Compl. Ex. 10; the other is against the Social Security Commissioner and concerns alleged errors in "work credits" reflected in his social security statement. Compl. 1 & Ex. 1.

United States District Court
For the Northern District of California

Haque has already filed multiple employment discrimination suits against Fry's. E.g., Haque v. Fry's Elecs., Inc., No. 05-mc-80069-MHP (N.D. Cal. closed Feb. 15, 2006); Haque v. Fry's Elecs., Inc., No. 05-1935-MHP (N.D. Cal. closed Feb. 15, 2006); Haque v. Fry's Elecs., Inc., No. 04-2116-RMW (N.D. Cal. closed Jan. 25, 2005); Haque v. Fry's Elecs., Inc., No. 02-5147-RMW (N.D. Cal. closed Jan. 22, 2003). The Order declaring Haque a vexatious litigant dismissed Haque's suit against Fry's on the merits. Vex. Order at 1.

The claims in this matter are thus barred by *res judicata*; to the extent they concern conduct postdating his previous lawsuits–unlikely given the dates of his alleged employment–this Court finds that the current complaint is so conclusory and incomprehensible that it too fails to state a claim; the only allegations regarding the nature of Haque's claims are:

> ALL STATUTORY DISCRIMINATIONS-CONTRACT VIOLATIONS-BLACKLISTING IN JOB MARKET-NEGATIVE REF TO PROSPECTIVE EMPLOYERS-NOT USED/PLACED PLAINTIFF IN ACCOUNTS-FINANCE RELATED JOBS (qualifying services for CPA license) res judicata defendable

Compl. Ex. 1 at 2 (all formatting from original). Those allegations are too vague to support a plausible claim for relief, especially given the doubts about whether they have already been resolved in one of the other of the many[1] other suits Haque has filed.

As for his complaints regarding social security, Haque's second "Complaint" is in a template for individuals seeking review of a decision by the Social Security Commissioner, yet Haque describes no action by the Social Security Administration that would be subject to

//
//
//
//
//

---

[1] A search of Mr. Haque's name in the Court's electronic filing system revealed that he has filed 51 actions in the last ten years in this district alone.

2

judicial review. His papers would thus fail to state a claim against the Social Security Commissioner.

Accordingly, the Court DENIES Mr. Haque's filing.

**IT IS SO ORDERED.**

Dated: December 13, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE